IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20118
Conference Calendar
_____

WILLIAM ROBERT PARKER,

                                        Plaintiff-Appellant,

versus

HIGHLAND INSURANCE; LINDSEY MORGAN;
COMMERCIAL RAILROAD SALVAGE,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA H 95-4891
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    William Robert Parker challenges the dismissal as frivolous of his civil rights complaint.  Parker does not challenge the district court's imposition of sanctions.  Therefore, this issue is deemed abandoned.  See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).  For essentially the same reason on which the district court relied, see Parker v. Highland Ins., No. H-95-4891 (S.D. Tex. Jan. 16, 1996), we conclude that the district court did not abuse its discretion in dismissing the complaint as frivolous.

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

This appeal is frivolous.  See 5th Cir. 42.2.  We caution Parker that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Parker is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.  ADMONITION ISSUED.